

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2018

No. 04-17-00335-CR

Josiah David **LEWIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9616
Honorable Dick Alcala, Judge Presiding

# **O R D E R**

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is deemed filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2018.

_____
Keith E. Hottle
Clerk of Court